# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTHEW HOPKINS,<br><br>    Plaintiff,<br><br>    v.<br><br>CHECKMATE PHARMACEUTICALS, INC., MIKE POWELL, PETER COLABUONO, ALAN FUHRMAN, JON WIGGINTON, ALAN BASH, KEITH FLAHERTY, OREN K. ISACOFF, and JOY YAN,<br><br>    Defendants. | Case No. 1:22-cv-02582-KAM-VMS |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: July 20, 2022

**RIGRODSKY LAW, P.A.**

By: */s/ Gina M. Serra*
    Gina M. Serra
    825 East Gate Boulevard, Suite 300
    Garden City, NY 11530
    (516) 683-3516
    gms@rl-legal.com

    *Attorneys for Plaintiff*

*Kiyo A. Matsumoto, USDJ*
7.21.2022